THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAT-THEW DYE, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [65 NYS3d 886]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered September 27, 2016 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Centra, Peradotto, Lindley and Winslow, JJ.